# EXHIBIT 1

# GameTech International (12-11964-PJW)
# Transfers Made During the Preference Period

## Piercy Bowler Taylor & Kern

| Check Number | Check Date | Clear Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| 109773 | 3/30/2012 | 4/3/2012 | $85.75 | 140172 | 12/2/2011 | $ 85.75 |
| 109773 | 3/30/2012 | 4/3/2012 | $472.90 | 140173 | 12/2/2011 | $ 472.90 |
| 109773 | 3/30/2012 | 4/3/2012 | $3,180.00 | 140386 | 12/20/2011 | $ 3,180.00 |
| 109773 | 3/30/2012 | 4/3/2012 | $4,090.10 | 140540 | 1/20/2012 | $ 4,090.10 |
| 109773 | 3/30/2012 | 4/3/2012 | $7,171.25 | 140170 | 12/2/2011 | $ 7,171.25 |
| 109990 | 4/13/2012 | 4/19/2012 | $5,000.00 | 140540 | 1/20/2012 | $ 5,000.00 |
| 110073 | 4/20/2012 | 4/23/2012 | $5,000.00 | 140540 | 1/20/2012 | $ 5,000.00 |
| 110128 | 4/30/2012 | 4/30/2012 | $5,000.00 | 140540 | 1/20/2012 | $ 5,000.00 |
| 110389 | 5/25/2012 | 5/30/2012 | $10,000.00 | 140540 | 1/20/2012 | $ 10,000.00 |
| 110475 | 6/1/2012 | 6/4/2012 | $10,000.00 | 140540 | 1/20/2012 | $ 10,000.00 |
| 110563 | 6/8/2012 | 6/11/2012 | $3,508.06 | 140540 | 1/20/2012 | $ 3,508.06 |
| 110563 | 6/8/2012 | 6/11/2012 | $6,491.94 | 140598 | 2/2/2012 | $ 6,491.94 |
| 110610 | 6/15/2012 | 6/18/2012 | $5,000.00 | 140598 | 2/2/2012 | $ 5,000.00 |
| 110686 | 6/22/2012 | 6/25/2012 | $15,000.00 | 140598 | 2/2/2012 | $ 46,361.82 |
| ***Total:*** | | | **$80,000.00** | | | |